NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7030

CONSTANCE L. KIGGINS,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-2206, Chief Judge William P. Greene, Jr.

ON MOTION

ORDER

Constance L. Kiggins moves for an extension of time to file an opening brief.

We note that the court recently stayed the briefing schedule and thus no brief is due at this time.

Accordingly,

IT IS ORDERED THAT:

The motion is denied as moot.

FOR THE COURT

MAR 0 5 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Constance L. Kiggins
David A. Harrington, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 05 2009

JAN HORBALY
CLERK